IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARLONN HILL, et al.,
   *Plaintiffs*,

v().      Civil Action No. ELH-15-01895

WESTMINSTER/WESTMINSTER
MANAGEMENT, LLC, *et al*.
   *Defendants*.

**ORDER**

For the reasons stated in the preceding Memorandum, the Motion to Remand (ECF 9) is DENIED as MOOT; the request for attorney's fees, contained in the Amended Motion to Remand (ECF 18), is DENIED; and the Amended Motion to Remand (ECF 18) is GRANTED. Therefore, it is this 29th day of October, 2015, ORDERED, that this case is hereby REMANDED to the Circuit Court for Baltimore County for all further proceedings, and the Clerk shall CLOSE this case.

/s/
Ellen Lipton Hollander
United States District Judge