

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Northern Division Address                                                      Elizabeth B. Snowden, Chief Deputy

October 29, 2015

Clerk of the Circuit Court for Baltimore County
401 Bosley Avenue, 2nd Floor
Towson, MD 21204

      RE:    Hill, et al. v. Westminister/ Westminister Management LLC, et al.
               Civil Action No. ELH-15-1895
               Cicuit Court Case No.  03-C-15-004309

Dear Clerk:

      On October 29, 2015, the Honorable Ellen L. Hollander signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

      Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

      Thank you for your cooperation in this matter.

                           Sincerely,

                           Felicia C. Cannon, Clerk

                 By:    _____
                           D. Skinner, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2015

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**